DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE E. GROVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3416

[April 20, 2022]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502012CF013772AXXXMB.

Lawrence E. Grover, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Chapa v. State*, 159 So. 3d 361, 362 (Fla. 4th DCA 2015).

CONNER, C.J., MAY and FORST, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***